IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

A.H.,

  Appellant,

v.

AGENCY FOR PERSONS WITH
DISABILITIES CIRCUIT: 04
DUVAL UNIT:APD,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2427

Opinion filed January 14, 2015.

An appeal from an order of the Department of Children and Families.
Leslie Green, Hearing Officer.

Anthony J. DePalma and Amanda E. Heystek of Disability Rights Florida,
Tallahassee, for Appellant.

Richard Tritschler, General Counsel, and Melissa Ellen Dinwoodie, Senior
Attorney, Agency for Persons with Disabilities, Jacksonville, for Appellee.

PER CURIAM.

  AFFIRMED.

BENTON, WETHERELL, and SWANSON, JJ., CONCUR.